No. 849. ALEXANDER MILBURN COMPANY *v.* UNION CARBIDE & CARBON CORPORATION, UNION CARBIDE COMPANY, UNION CARBIDE SALES COMPANY, ET AL. March 7, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. J. Kemp Bartlett, Edgar Allen Poe,* and *Guion Miller* for petitioner. *Messrs. Edwin G. Baetger, Fred H. Haggerson, W. Calvin Chesnut,* and *Julian C. Harrison* for respondents.

No. 853. CHICAGO AND NORTH WESTERN RAILWAY COMPANY *v.* INDUSTRIAL COMMISSION OF ILLINOIS ET AL., AND LOUIS VERUCHI, ADMINISTRATOR OF THE ESTATE OF DOMINIC VERUCHI, DECEASED. March 7, 1927. Petition for a writ of certiorari to the Circuit Court of Winnebago County, State of Illinois, denied. *Messrs. Samuel H. Cady, Weldon A. Dayton,* and *R. N. VanDoren* for petitioner. *Mr. Roy F. Hall* for respondents.

No. 856. STANLEY C. KIMBLE AND WALTER E. AHLBERG, ADMINISTRATORS OF BERNARD A. AHLBERG, DECEASED *v.* AETNA LIFE INSURANCE COMPANY. March 7, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Samuel H. Richards* and *Thomas E. French* for petitioners. *Mr. Paul Reilly* for respondent.

No. 857. JOHN R. LAND *v.* COLUMBUS BROCKETT. March 7, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Louisiana denied. *Mr. S. L. Herrold* for petitioner. No appearance for respondent.

No. 811. FRANK W. KEELER *v.* STANLEY MYERS, DISTRICT ATTORNEY, ETC., AND THOMAS M. HURLBURT, SHERIFF. See *ante,* p. 668.